## CIVIL CAUSE FOR MOTION CONFERENCE

BEFORE JUDGE: **IRIZARRY**   DATE: 4/9/08   TIME: 20 mins.

DOCKET NUMBER: 07CV4314

TITLE: Smith et al. v. Johnson + Johnson, Inc. et al.

COURTROOM DEPUTY: Christy Carosella   CR/ESR: Gene Rudolph

**APPEARANCES:**

   FOR PLAINTIFF:   Roxanne DeFrancesco

   FOR DEFENDANT:   Jim Murdica

✓ MOTION CONFERENCE HELD.

✓ DEFENDANTS' PROPOSE TO MOVE FOR DISMISSAL AND/OR TRANSFER OF VENUE.

✓ ARGUMENTS OF COUNSEL HEARD.

✓ RULINGS: For the reasons stated on the record, defendants' motion to dismiss is denied; however, defendants' motion to transfer venue is granted. This action is transferred to the Southern District of Mississippi. The Clerk of the Court is directed to transfer this action & close the EDNY case. No written order will be submitted; the transcript will serve as the Court's order. The Court also notes that Mag. Judge Azrack's order on motions for pro hac vice admission will be vacated; the motions, as submitted, are deficient.